**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)**

| | | |
|---|---|---|
| **LAURA AKER,** *ET AL.* | : | Case No. 1:21-cv-00016-DRC |
| **Plaintiffs** | : | |
| | : | **(Judge Douglas R. Cole)** |
| v. | : | |
| | : | **NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFFS LAURA AKER, *ET AL.*** |
| **ABX AIR, INC.,** *ET AL.* | : | |
| **Defendants** | : | |

Please take notice and be advised that Robert A. Winter, Jr. hereby enters his appearance in this action as co-counsel for plaintiffs Laura Aker, *et al.* and will remain so until relieved in accordance with the applicable rules of court.  The undersigned requests that all documents, notices, pleadings, orders, decrees, decisions, and judgments directed to plaintiffs or their counsel in this action be also served upon him via the Court's CM/ECF system or otherwise.

Respectfully submitted,

/s/Robert A. Winter, Jr.
Robert A. Winter, Jr.  (#0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com
Co-Counsel for plaintiffs Laura Aker, *et al.*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/Robert A. Winter, Jr.
Robert A. Winter, Jr.