United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Civil Cases**

TO: Judge Douglas R. Cole and Judge Matthew W. McFarland

FROM: Kelly Heuer, Deputy Clerk

DATE: 1/11/2021

SUBJECT: Case Caption: Aker, et al. v. ABX Air, Inc., et al.

CASE: Case Number: 1:21-cv-016

DISTRICT JUDGE: Douglas R. Cole

File Date: 1/08/2021

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Aaron, et al v. AETNA, et al

Case Number: **1:18-cv-00631**   District Judge: **Matthew W. McFarland**

File Date: **9/07/2018**   Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  **Kelly Heuer**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge **M<sup>c</sup>FARLAND**

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_Matthew W. McFarland_
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

_Revised 7/19/2012_