

U.S. POSTAGE PAID
INDEPENDENCE, KY
41051
JAN 21
AMOUNT
$9.00
R2303510302705

Cincinnati, OH 1000
TUE 19 JAN 2021

7014 0150 0001 6645 9526

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

RECEIVED
JAN 19 2021
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

HP INC.
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
Columbus, OH 43219

RECEIVED
JAN 21 2021
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
HP INC.
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

9590 9402 4898 9032 8861 42

2. Article Number (Transfer from service label)
7014 0150 0001 6645 9526

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
21cviv   LR4.2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

X-RAY ✓
U.S. MARSHALS SERVICE