**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21 CV 16

1. Article Addressed to:

BUTLER HEALTH PLAN
SERVE: STEPHANIE HEARN
EXECUTIVE DIRECTOR
400 N. ERIE BOULEVARD
HAMILTON, OH 45011



9590 9402 4898 9032 8861 04

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☒ Agent
                   ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

                                        1/19/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   L R 4. 2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5898 9032 8861 04

United States
Postal Service

RECEIVED

JAN 21 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker VS ABX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21 CV 16

1. Article Addressed to:

Rumpke Consolidated
Companies Inc.
Serve: James E. Thaxton
10795 Hughes Rd
Cincinnati, Oh 45251

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4898 9032 8861 97

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9571

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _A. Gutzwiller_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
_A. Gutzwiller_  1.19.21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



CINCINNATI OH 452

19 JAN 2021 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4898 9032 8861 97

**United States**
**Postal Service**

RECEIVED

JAN 21 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

AKer vs ABX

2-397699