**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

21 CV 16

1. Article Addressed to:

GRACEWORKS LUTHERAN SERVICES
SERVE: JUDY A. BUDI
6430 INNER MISSION WAY
CENTERVILLE, OH 45459



9590 9402 4898 9032 8858 17

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9397

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): D. Clark
C. Date of Delivery: 1/19/21

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

LR.4.2

COVID-19

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITE...**

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove  Feedback

**Tracking Number:** 70140150000166459588

Your item was delivered to an individual at the address at 2:14 pm on January 19, 2021 in FT MITCHELL, KY 41017.

## ✓ Delivered

January 19, 2021 at 2:14 pm
Delivered, Left with Individual
FT MITCHELL, KY 41017

**Get Updates** ∨

| Text & Email Updates | ∨ |
|---|---|

| Tracking History | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21cv16

1. Article Addressed to:

SPECIALTY INTERIORS, INC.
SERIVE: ERIN JANNING
2652 CRESCENT SPRINGS ROAD
CRESCENT SPRINGS, KY 41017



9590 9402 4898 9032 8862 03

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9588

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _MS Cov19_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
COVID19 1752

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



Aker VS ABX