**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

21 cv 16

1. Article Addressed to:

HEARTLAND HEALTH & WELLNESS FUND
SERVE: PRESIDENT OR GENERAL MANAGER
7250 POE AVENUE, SUITE 300
DAYTON, OH 45414

9590 9402 4898 9032 8858 31

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura Allen_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Laura Allen
C. Date of Delivery: 1-19-21

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

LR 4.2

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt