**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21 CV16

1. Article Addressed to:

THE HACKETT GROUP, INC.
SERVE: CORPORATE CREATIONS
NETWORK, INC.
119 E. COURT STREET
CINCINNATI, OH 45202



9590 9402 4898 9032 8862 27

2. Article Number (Transfer from service label)
7014 0150 0001 6645 9595

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Covid-19
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



4402 4898 9032 8862 27

RECEIVED JAN 22 2021

RICHARD W. NAGEL, Clerk Of Court, CINCINNATI, OH

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

X-RAY

U.S. MARSHALS SERVICE

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker vs ABX

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITE...**

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number: 70140150000166459595**

Remove X

Your item was delivered to the front desk, reception area, or mail room at 12:40 pm on January 16, 2021 in CINCINNATI, OH 45202.

## ✓ Delivered

January 16, 2021 at 12:40 pm
Delivered, Front Desk/Reception/Mail Room
CINCINNATI, OH 45202

Get Updates ∨

---

Text & Email Updates  ∨

---

Tracking History  ∨

---

Product Information  ∨

---