**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21cv16

1. Article Addressed to:
ABX AIR, INC.
SERVE: THE PRENTICE-HALL
CORPORATION SYSTEM, INC.
50 WEST BROAD STREET, SUITE 1330
COLUMBUS, OH 43215

9590 9402 4898 9032 8871 32

2. Article Number (Transfer from service label)
7014 0150 0001 6645 9151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Corporation Service Company
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): JAN 21 2021
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Deanne E. Schausell
LR 4.2
Agent

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21cv16

1. Article Addressed to:
CITY OF LAWRENCEBURG, INDIANA
SERVE: HON. KELLY MOLLAUN, MAYOR,
230 WALNUT STREET
LAWRENCEBURG, IN 47025

9590 9402 4898 9032 8857 49

2. Article Number (Transfer from service label)
7014 0150 0001 6645 9229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S Webster ☑ Agent ☐ Addressee

B. Received by (Printed Name): S. WEBSTER
C. Date of Delivery: 1/21/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21cv16

1. Article Addressed to:
CONTAINERPORT GROUP, INC.
SERVE: CORPORATION SERVICE COMPANY
50 WEST BROAD STREET, SUITE 1330
COLUMBUS, OH 43215

9590 9402 4898 9032 8857 56

2. Article Number (Transfer from service label)
7014 0150 0001 6645 9236

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): RECEIVED Corporation Service Company
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
JAN 21 2021
LR 4.2
By Deanne E. Schausell Agent

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 21 cv 16

FISHER AUTO PARTS CO.
SERVE: ROBERT SCHMIDT
1163 ROSEDALE AVENUE
BUCYRUS, OH 44820

9590 9402 4898 9032 8858 00

2. Article Number (Transfer from service label)
7014 0150 0001 6645 9281

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Larry Schmidt_
☐ Agent
☐ Addressee

B. Received by (Printed Name): LARRY SCHMIDT
C. Date of Delivery: 1-21-2021

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt