**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KCI HOLDING USA, INC.

SERVE: Konecranes, Inc.

4401 Gateway Blvd.

Springfield, OH 45502

9590 9402 4898 9032 8861 66

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *Lm RRll*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   CO-19.

C. Date of Delivery   1-20-2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*LR4.2*

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt