**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   21cv16

1. Article Addressed to:

GREEN TOWNSHIP, OHIO
SERVE: FRANK BIRKENHAUER
ADMINISTRATOR
6303 HARRISON AVENUE
Cincinnati, OH 45247

9590 9402 4898 9032 8860 12

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9502

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4897 9032 8860 12

United States Postal Service

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

JAN 2 6 2021
RECEIVED

Sender: Please print your name, address, and ZIP+4® in this box●

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker VS ABX

01/22

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOY...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70140150000166459502

Your item was delivered to an individual at the address at 11:49 am on January 19, 2021 in CINCINNATI, OH 45247.

Feedback

## ✓ Delivered

January 19, 2021 at 11:49 am
Delivered, Left with Individual
CINCINNATI, OH 45247

Get Updates ∨

---

Text & Email Updates                                               ∨

---

Tracking History                                                   ∨

---

Product Information                                                ∨

---

See Less ∧

**Can't find what you're looking for?**