**MORGAN, LEWIS & BOCKIUS LLP**
(*Pennsylvania Limited Liability Partnership*)
Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, PA 19103-2921
T: 215.963.5258
F: 215.963.5001
*Counsel for Defendant*,
*DHL Express (USA), Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION (at Cincinnati)

| | |
|---|---|
| LAURA AKER, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>DHL, ET AL.<br><br>Defendants. | Case No. 1:21-cv-00016-MWM<br><br>*Document Electronically Filed*<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6.1** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant DHL Express (USA), Inc., that pursuant to Local Civil Rule 6.1(a), DHL's time to answer, move, or otherwise respond to Plaintiffs' Complaint in the above-captioned matter is hereby extended by twenty-one (21) days up to, and including, **March 5, 2021**.

No prior stipulated extensions to DHL, together with the instant stipulated extension, exceed a total of twenty-one (21) days.

By: /s/ *Jeremy P. Blumenfeld*
    **Jeremy P. Blumenfeld**
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103-2921
    T: 215.963.5258
    E: jeremy.blumenfeld@morganlewis.com
    Counsel for DHL

By: /s/ *James F. Maus*
    **James F. Maus**
    The Deters Law Firm, P.S.C.
    5247 Madison Pike
    Independence, KY 41051
    T: 859.363.1900
    E: jmaus@ericdeters.com
    Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Jeremy P. Blumenfeld, hereby certify that on the date indicated below, a true and correct copy of the foregoing document has been served on the party listed below via ECF:

> James F. Maus
> The Deters Law Firm, P.S.C.
> 5247 Madison Pike
> Independence, KY 41051
>
> *Counsel for Plaintiffs*

Dated:  January 27, 2021                                            /s/  Jeremy P. Blumenfeld
                                                                                  Jeremy P. Blumenfeld