**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANTHEM INSURANCE CO.
SERVE: COMMUNITY INSURANCE COMPANY
120 MONUMENT CIR
INDIANAPOLIS, IN 46204

9590 9402 4898 9032 8858 79

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9649

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rick Bechtc_  ☐ Agent  ☐ Addressee
JAN 25 2021

B. Received by (Printed Name): _Rick Bechtold_
C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

LR 4.2
21 CV 16

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21 CV 16

1. Article Addressed to:

COMMUNITY INSURANCE CO. ANTHEM
SERVE: COMMUNITY INSURANCE COMPANY
120 MONUMENT CIR
INDIANAPOLIS, IN 46204

9590 9402 4898 9032 8860 98

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9335

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rick Bechtold_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Rick Bechtold_
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2
JAN 25

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 21 CV 16

WELLPOINT FLEXIBLE BENEFIT PLAN
SERVE: COMMUNITY INSURANCE COMPANY
120 MONUMENT CIR
INDIANAPOLIS, IN 46204

9590 9402 4898 9032 8858 93

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9625

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rick B_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Rick Bechtold_
C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☑ No

LR 4.2
JAN 25

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOY…**

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70140150000166459649

Your item was picked up at a postal facility at 9:45 am on January 25, 2021 in INDIANAPOLIS, IN 46204.

Feedback

## ⊘ Delivered

January 25, 2021 at 9:45 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOY...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70140150000166459335

Your item was picked up at a postal facility at 9:45 am on January 25, 2021 in INDIANAPOLIS, IN 46204.

Feedback

## ⊘ Delivered

January 25, 2021 at 9:45 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Can't find what you're looking for?

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOY...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70140150000166459625

Your item was picked up at a postal facility at 9:45 am on January 25, 2021 in INDIANAPOLIS, IN 46204.

Feedback

## ✓ Delivered

January 25, 2021 at 9:45 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?