**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

21 cv 16

1. Article Addressed to:

THE GENERAL ELECTRIC COMPANY
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219



9590 9402 4898 9032 8859 16

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9489

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Daniel D. Kelley

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2 JAN 2 2021

[COLUMBUS OHIO 43224 stamp]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt



9590 9402 4898 9032 8859 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

RECEIVED JAN 29 2021

Sender: Please print your name, address, and ZIP+4® in this box

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker v ABX

Case: 1:21-cv-00016-MWM Doc #: 19 Filed: 01/29/21 Page: 3 of 3 PAGEID #: 337

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOY...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:** 70140150000166459489

Your item was delivered at 11:56 am on January 21, 2021 in COLUMBUS, OH 43224.

## ✓ Delivered

January 21, 2021 at 11:56 am
Delivered
COLUMBUS, OH 43224

Get Updates ∨

---
Text & Email Updates ∨

---
Tracking History ∨

---
Product Information ∨

---

See Less ∧

Feedback

Can't find what you're looking for?