AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Laura Aker, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00016-DRC |
| ABX Air, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Hackett Group, Inc                                                                                           .

Date:     02/01/2021                                             /s/ Carrie M. Starts
                                                                        *Attorney's signature*

                                                                        Carrie M. Starts (0083922)
                                                                        *Printed name and bar number*

                                                                        Reminger Co., LPA
                                                                        525 Vine Street, Suite 1500
                                                                        Cincinnati, OH 45202
                                                                        *Address*

                                                                        cstarts@reminger.com
                                                                        *E-mail address*

                                                                        (513) 721-1311
                                                                        *Telephone number*

                                                                        (513) 721-2553
                                                                        *FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing has been electronically filed this 1st day of February 2021 through the Court's CM/ECF system.  Notice of filing will be automatically sent to all counsel (and their designees) who have entered their appearance of record and who are registered with this Court's CM/ECF system.  Such notice constitutes service by rule.


       /s/ Carrie M. Starts
       Carrie M. Starts, Esq. (0083922)