AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Laura Aker, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00016-DRC |
| ABX Air, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Hackett Group, Inc.

Date: 02/01/2021

/s/ Robert W. Hojnoski
*Attorney's signature*

Robert W. Hojnoski (0070062)
*Printed name and bar number*

Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
*Address*

rhojnoski@reminger.com
*E-mail address*

(513) 721-1311
*Telephone number*

(513) 721-2553
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed this 1st day of February 2021 through the Court's CM/ECF system. Notice of filing will be automatically sent to all counsel (and their designees) who have entered their appearance of record and who are registered with this Court's CM/ECF system. Such notice constitutes service by rule.

/s/ Robert W. Hojnoski
Robert W. Hojnoski (0070062)