# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LAURA AKER, ET AL.** ) | |
| ) | CASE NO.: 1:21-CV-016 |
| **PLAINTIFF,** ) | |
| V. ) | |
| **ABX AIR INC., ET AL.** ) | |
| **DEFENDANTS.** ) | |

## NOTICE OF APPEARANCE OF DEFENDANT MASON CITY SCHOOL DISTRICT BOARD OF EDUCATION AND JOINT STIPULATION OF EXTENSION OF ANSWER DATE

Now comes Defendant Mason City School District Board of Education, hereby giving notice that it is represented by Jessica K. Philemond of Scott Scriven LLP, 250 East Broad Street, Suite 900, Columbus, Ohio 43215.

Further, by and through the parties' respective legal representatives, the parties hereby stipulate and mutually consent to an extension of time for Defendant Mason City School District Board of Education to respond to the Complaint, up to and through February 22, 2021. Defendant has not previously requested or been granted an extension of time in this matter.

- 2 -

*/s/ Jessica K. Philemond*
Jessica K. Philemond (0076761)
SCOTT SCRIVEN LLP
250 E. Broad, Street, Suite 900
Columbus, Ohio 43215
(614) 222-8686; FAX (614) 222-8688
Email: jessica@scottscrivenlaw.com

*Attorney for Defendant Mason City School District Board of Education*


*/s/ James Maus (per telephone authority from Attorney Winter)*
James Maus (0098245)
DETERS LAW
441 Vine Street, 44th Floor
Cincinnati, Ohio 45202
T: (859) 363-1900; M: (513) 448-7024; F: (859) 363-1444
Email: jmaus@ericdeters.com
Email: llittle@ericdeters.com

-and-

Robert A. Winter, Jr. (0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
T: (859) 250-3337
Email: robertawinterjr@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Jessica K. Philemond*
                                                Jessica K. Philemond (0076761)