**SENDER:** *COMPLETE THIS SECTION*

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Daniel D. Kelley

C. Date of Delivery

1. Article Addressed to:

21 cv 16



NEASE CORPORATION
Serve: CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

LR 4.2

JAN 27 20

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 4898 9032 8859 54

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9441

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



COLUMBUS OH 430

27 JAN 2021 PM 2 L

9590 9402 4898 9032 8859 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED
FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker v. ABX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21CV16

1. Article Addressed to:

YRC WORLDWIDE, INC.
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219



9590 9402 4898 9032 8862 58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Daniel D. Kelley

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

LR 4.2        JAN 27 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9632

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

COLUMBUS OH 430

27 JAN 2021 PM 2 L

9590 0402 4898 9032 8862 58

United States
Postal Service

RECEIVED

FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Akers VS ABX

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

21 cv 16

1. Article Addressed to:

CITI BANK
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219



9590 9402 4898 9032 8857 32

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9212

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Daniel D. Ketter

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



SPRINGFIELD
COLUMBUS OH 430

27 JAN 2021 PM 1 L

9590 9402 4898 9032 8857 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

AKr v ABX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

21 CV 16

1. Article Addressed to:

HARLAND CLARKE CORP.

SERVE: CT CORPORATION SYSTEM

4400 EASTON COMMONS WAY

SUITE 125

Columbus Ohio 43219

9590 9402 4898 9032 8858 24

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2

JAN 27 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

COLUMBUS OH 430
25 JAN 2021 PM 1 L

9590 9402 4898 9032 8858 24

United States
Postal Service

RECEIVED

FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

ALY v ABX

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits. 21cv16

1. Article Addressed to:

VERIZON EPN
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219



9590 9402 4898 9032 8862 34

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]          ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery
Daniel D. Kelley

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

LR 4.2

JAN 27 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4898 9032 8862 34

United States
Postal Service

RECEIVED

FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

AKer vs ABX



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21cv16

1. Article Addressed to:

DHL
SERVE: CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

9590 9402 4898 9032 8860 50

2. Article Number (*Transfer from service label*)

[illegible] 0150 0001 6645 9359

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Daniel D. Kelley

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR4,2

JAN 27 2021

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4898 9032 8860 50

United States
Postal Service

RECEIVED
FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker vs ABX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 21 cv 16

1. Article Addressed to:

The Procter And Gamble
Health Care Plan
Serve: Ct Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Oh 43219



9590 9402 4898 9032 8859 09

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9496

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
Daniel D. Kelley

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

LR 4.2   JAN 27 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5897 9032 8859 09

United States
Postal Service

RECEIVED

FEB - 02

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker v ABX

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits. Aker v ABX

1. Article Addressed to:

Sara Lee Co.
Serve: Ct Corporation System
4400 Easton Commons Way
Suite 125
Columbus, Oh 43219



9590 9402 4898 9032 8859 23

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                 ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Daniel D. Kelley

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

LR 4.2

21 cv 16

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4898 9032 8859 23

United States
Postal Service

RECEIVED

FEB - 1 2021

RICHARD W. NAGE
Clerk Of Court
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker v ABx

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rotech Healthcare, Inc.
Serve: National Registered Agents, Inc.
4400 Easton Commons Way, Suite 125
Columbus, Oh 43219

9590 9402 4898 9032 8859 30

2. Article Number (Transfer from service label)

7014 0150 0001 6645 9465

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Daniel D. Kelley_   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Daniel D. Kelley

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4898 9032 8859 30

United States
Postal Service

RECEIVED
FEB - 1 2021

RICHARD W. NAGEL
Clerk Of Court •
CINCINNATI, OHIO

Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Aker v ABX