**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)**

| | | |
|---|---|---|
| **LAURA AKER, *ET AL.*** | : | Case No.: 1:21-cv-00016-MWM |
| **Plaintiffs** | : | Judge Matthew W. McFarland |
| v. | : | |
| **ABX AIR, INC., *ET AL.*** | : | **AGREED ORDER** |
| **Defendants** | : | |

Plaintiffs Laura Aker, *et al.* (collectively, the "Plaintiffs") and defendant Midwest Maintenance, Inc., denominated within the Complaint in this action as Midway Maintenance ("Midwest"), by and through their respective counsel, hereby stipulate and agree that all claims of Plaintiffs against Midway asserted in this action be, and they are, dismissed with prejudice. All of Plaintiffs' claims remain against all other defendants and are unaffected by this *Agreed Order*.

**IT IS SO ORDERED AND ADJUDGED:**

                                              **UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO**

                                              _____*/s/ Matthew W. McFarland*_____
                                              BY:   MATTHEW W. MCFARLAND
                                                        UNITED STATES DISTRICT JUDGE

HAVE SEEN AND AGREE:

| | |
|---|---|
| /s/ Robert A. Winter, Jr._____ | /s/ John M. Deeds_____ |
| Robert A. Winter, Jr.  (#0038673) | John M. Deeds (#0076721) |
| P.O. Box 175883 | Faulkner, Garmhausen, Keister & Shenk, LPA |
| Fort Mitchell, KY 41017-5883 | 100 South Main Avenue, Suite 300 |
| (859) 250-3337 | Sidney, OH 45365 |
| robertawinterjr@gmail.com | (937) 492-1271 |
| Counsel for plaintiffs | jdeeds@fgks-law.com |
| | Counsel for defendant Midwest Maintenance, Inc. |