AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| LAURA AKER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00016 |
| ABX AIR, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FIFTH THIRD BANCORP and THE PROCTER AND GAMBLE HEALTH CARE PLAN .

Date: 02/02/2021

/s/ David K. Montgomery
*Attorney's signature*

David K. Montgomery (0040276)
*Printed name and bar number*

Jackson Lewis P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202
*Address*

david.montgomery@jacksonlewis.com
*E-mail address*

(513) 898-0050
*Telephone number*

(513) 898-0051
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2021, the foregoing was electronically filed with the CM/ECF system, which will serve electronic notice on all counsel of record.

                                                        */s/ David K. Montgomery*
                                                        David K. Montgomery