# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LAURA AKER, et al.,** : | |
| : | Civil Action 1:21-cv-00016 |
| **Plaintiffs,** : | |
| : | Judge Matthew W. McFarland |
| v. : | |
| : | |
| **ABX AIR, INC., et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF HOWARD SHAPIRO

Pursuant to S.D. Ohio Civ. R. 83.3(e), David K. Montgomery, local counsel for Defendants Fifth Third Bancorp and The Procter and Gamble Health Care Plan, in the above-referenced action, hereby moves the court to admit Howard Shapiro *pro hac vice,* to also represent Fifth Third Bancorp and The Procter and Gamble Health Care Plan, for all purposes in this case.

Movant represents that Howard Shapiro is a member in good standing of the highest court of Louisiana as attested by the accompanying certificate from that court, and that Howard Shapiro is not a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee. A proposed Order is attached.

Howard Shapiro understands that, unless expressly excused, he must register for electronic filing with the Court promptly upon the granting of this Motion.

Howard Shapiro's relevant identifying information is as follows:

Business Telephone:    504-208-1755
Business Fax:          504-208-1759
Business Address:      Jackson Lewis P.C.

|  | 650 Poydras Street |
|---|---|
|  | Suite 1900 |
|  | New Orleans, Louisiana 70130 |
| Business E-mail Address: | Howard.Shapiro@jacksonlewis.com |

        Respectfully submitted,

        */s/ David K. Montgomery*
        David K. Montgomery (0040276)
        Jackson Lewis P.C.
        PNC Center, 26th Floor
        201 E. Fifth Street,
        Cincinnati, Ohio 45202
        Phone: (513) 898-0050
        Fax: (513) 898-0051
        david.montgomery@jacksonlewis.com

        *Counsel for Defendants Fifth Third Bancorp and The Procter and Gamble Health Care Plan.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2021, the foregoing was electronically filed with the CM/ECF system, which will serve electronic notice on all counsel of record.

*/s/ David K. Montgomery*
David K. Montgomery

4843-4687-2794, v. 1