# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LAURA AKER, et al.,** | : |
| **Plaintiffs,** | : Civil Action 1:21-cv-00016 |
| | : Judge Matthew W. McFarland |
| v. | : |
| **ABX AIR, INC., et al.,** | : |
| **Defendants.** | : |

## [PROPOSED] ORDER

This matter is before the Court upon the Motion for Admission Pro Hac Vice of Howard Shapiro.

IT IS HEREBY ORDERED THAT the Motion is GRANTED and Howard Shapiro is hereby admitted to practice as *pro hac vice* as co-counsel for Defendants Fifth Third Bancorp and The Procter and Gamble Health Care Plan.

_____
UNITED STATES DISTRICT JUDGE
Matthew W. McFarland

4842-1646-1748, v. 1