**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

21 cv 16

1. Article Addressed to:

ENERFAB, INC.
SERVE: CORPORATION SERVICE COMPANY
50 WEST BROAD STREET, SUITE 1330
COLUMBUS, OH 43215



9590 9402 4898 9032 8857 94

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9274

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

LR 4.2

Oct 2 8 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. 21 cv 16 | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>DELTA AIR LINES, INC.<br>SERVE: CORPORATION SERVICE COMPANY<br>50 WEST BROAD STREET<br>SUITE 1330<br>COLUMBUS, OH 43215 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>LR 4.2<br><br>JAN 2 8 2021 |
| <br>9590 9402 4898 9032 8857 63 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7014 0150 0001 6645 9243 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt



USPS TRACKING #

9590 9402 4898 9032 8857 63

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

RECEIVED FEB - 2 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

- Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Alex v ABX

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITE...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

Feedback

**Tracking Number:** 70140150000166459274

Your item was delivered to an individual at the address at 1:45 pm on January 26, 2021 in COLUMBUS, OH 43215.

## ✓ Delivered

January 26, 2021 at 1:45 pm
Delivered, Left with Individual
COLUMBUS, OH 43215

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITE...**

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70140150000166459243

Remove X

Feedback

Your item was delivered to an individual at the address at 1:45 pm on January 26, 2021 in COLUMBUS, OH 43215.

## ✓ Delivered

January 26, 2021 at 1:45 pm
Delivered, Left with Individual
COLUMBUS, OH 43215

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|

| Tracking History | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|