**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **LAURA AKER, ET AL.,** : | |
| : | |
| **Plaintiffs,** : | Case No. 1:21-cv-00016 |
| : | |
| **vs.** : | Judge Matthew W. McFarland |
| : | |
| **ABX AIR, INC., ET AL.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## NOTICE OF APPEARANCE

Please take notice that Brent D. Craft, of the law firm of Vorys, Sater, Seymour and Pease LLP, hereby enters his appearance as counsel for Defendant ABX Air, Inc. ("ABX") in this matter. Mr. Craft shall serve as trial counsel for ABX in the matter. The undersigned requests that all documents, notices, pleadings, orders, decrees, decisions, and judgments in this action be served upon him via the Court's CM/ECF system or otherwise.

Respectfully submitted,

/s/ *Brent D. Craft*
Brent D. Craft (0085374), Trial Counsel
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Tel: 513.723.4072
Fax: 513.852.7871
bdcraft@vorys.com

*Attorney for Defendant ABX Air, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Courts using the Court's CM/ECF system on February 3, 2021, which will automatically send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ *Brent D. Craft*
Brent D. Craft