**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LAURA AKER**, *et al.*, | ) | **Case No. 1:21-cv-016** |
| | ) | |
| | ) | **Judge Matthew W. McFarland** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ABX AIR, INC.**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James E. Burke of Keating Muething & Klekamp, PLL is appearing as counsel for Defendants American Financial Group, Inc. ("AFG"); Health Care Service Corporation, a Mutual Legal Reserve Company, operating in Illinois as Blue Cross and Blue Shield of Illinois ("HCSC"); and Rumpke Consolidated Services ("Rumpke") in the above-captioned matter.  Counsel's contact information appears below.

Respectfully submitted,

/s/ James E. Burke
James E. Burke (0032731)
Melissa S. Matthews (0093352)
KEATING MUETHING & KLEKAMP PLL
One E. Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
jburke@kmklaw.com
mmatthews@kmklaw.com

*Attorneys for Defendants American Financial*
*Group, Inc., Health Care Service Corporation and*
*Rumpke Consolidated Services*