# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LAURA AKER,** *et al.*, | ) Case No. 1:21-cv-016 |
| | ) |
| | ) **Judge Matthew W. McFarland** |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ABX AIR, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa S. Matthews of Keating Muething & Klekamp, PLL is appearing as counsel for Defendants American Financial Group, Inc. ("AFG"); Health Care Service Corporation, a Mutual Legal Reserve Company, operating in Illinois as Blue Cross and Blue Shield of Illinois ("HCSC"); and Rumpke Consolidated Services ("Rumpke"), in the above-captioned matter.  Counsel's contact information appears below.

.

Respectfully submitted,

/s/ Melissa S. Matthews
James E. Burke (0032731)
Melissa S. Matthews (0093352)
KEATING MUETHING & KLEKAMP PLL
One E. Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
jburke@kmklaw.com
mmatthews@kmklaw.com

*Attorneys for Defendants American Financial Group, Inc., Health Care Service Corporation and Rumpke Consolidated Services*