# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LAURA AKER, *et al.*, | : | Case No. 1:21-cv-00016 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ABX AIR, INC., *et al.*, | : | |
| Defendants. | : | |

_____

**STIPULATION GRANTING DEFENDANT GRACEWORKS LUTHERAN SERVICES TWENTY-ONE ADDITIONAL DAYS TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT**
_____

Pursuant to S.D. Ohio Rule 6.1(a), Plaintiffs and Defendant Graceworks Lutheran Services ("Graceworks") hereby stipulate and agree that Graceworks shall have an additional 21 days up to and including March 2, 2021 in which to answer, move, or otherwise plead in response to Plaintiffs' Complaint. No prior stipulated extensions of time have been granted to Graceworks.

SO STIPULATED AND AGREED:

*/s/ Robert A. Winter, Jr. (per phone authorization)*
Robert A. Winter, Jr. (#0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com
Counsel for Plaintiffs

*/s Jennifer O. Mitchell*
Jennifer O. Mitchell (0069594)
Matthew S. Arend (0079688)
R. Samuel Gilley (0092533)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200
(513) 977-8141 (fax)
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com
samuel.gilley@dinsmore.com
Counsel for Defendant Graceworks Lutheran Services

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed electronically on February 3, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

/s/ Jennifer O. Mitchell  
Jennifer Orr Mitchell

17056745.1