# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LAURA AKER, *et al.*, | : | Case No. 1:21-cv-00016 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ABX AIR, INC., *et al.*, | : | |
| Defendants. | : | |

_____

### STIPULATION GRANTING DEFENDANT GREEN TOWNSHIP, OHIO TWENTY-ONE ADDITIONAL DAYS TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT
_____

Pursuant to S.D. Ohio Rule 6.1(a), Plaintiffs and Defendant Green Township, Ohio ("Green Township") hereby stipulate and agree that Green Township shall have an additional 21 days up to and including March 2, 2021 in which to answer, move, or otherwise plead in response to Plaintiffs' Complaint. No prior stipulated extensions of time have been granted to Green Township.

SO STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Robert A. Winter, Jr. (per phone authorization)* | */s Jennifer O. Mitchell* |
| Robert A. Winter, Jr. (#0038673) | Jennifer O. Mitchell (0069594) |
| P.O. Box 175883 | Matthew S. Arend (0079688) |
| Fort Mitchell, KY 41017-5883 | R. Samuel Gilley (0092533) |
| (859) 250-3337 | Dinsmore & Shohl LLP |
| robertawinterjr@gmail.com | 255 East Fifth Street, Suite 1900 |
| Counsel for Plaintiffs | Cincinnati, OH 45202 |
| | (513) 977-8200 |
| | (513) 977-8141 (fax) |
| | jennifer.mitchell@dinsmore.com |
| | matthew.arend@dinsmore.com |
| | samuel.gilley@dinsmore.com |
| | Counsel for Defendant Green Township, Ohio |

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed electronically on February 3, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

/s/ Jennifer O. Mitchell
Jennifer Orr Mitchell

17056745.1