AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| Aker, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CV-016-DRC |
| ABX Air, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heartland Health & Wellness Fund .

Date: 02/04/2021

/s/ Jennie G. Arnold
*Attorney's signature*

Jennie G. Arnold (0084697)
*Printed name and bar number*

Ledbetter Parisi LLC
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
*Address*

jarnold@fringebenefitlaw.com
*E-mail address*

(937) 619-0900
*Telephone number*

(937) 619-0999
*FAX number*