**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LAURA AKER, *et al.*, | : | Case No. 1:21-cv-00016 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| ABX AIR, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION GRANTING DEFENDANT HEARTLAND HEALTH & WELLNESS FUND TWENTY-ONE ADDITIONAL DAYS TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT**

Pursuant to S.D. Ohio Rule 6.1(a), Plaintiffs and Defendant Heartland Health & Wellness Fund hereby stipulate and agree that Defendant Heartland Health & Wellness Fund shall have an additional 21 days up to and including March 2, 2021 in which to answer, move, or otherwise plead in response to Plaintiffs' Complaint. No prior stipulated extensions of time have been granted to Heartland Health and Wellness Fund. All parties expressly reserve all rights, claims, remedies, and defenses.

SO STIPULATED AND AGREED:

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (#0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com
Counsel for Plaintiffs

/s Jennie G. Arnold
Jennie G. Arnold (0084697)
Ledbetter Parisi, LLC
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900
(937) 619-0999 (fax)
jarnold@fringebenefitlaw.com
Counsel for Defendant Heartland
Health & Wellness Fund

James F. Maus (0098245)
5247 Madison Pike
Independence, KY 41051
Telephone: (859) 363-190
Facsimile: (859) 363-1444
jmaus@ericdeters.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been filed electronically on February 4, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

                                        /s/ Jennie G. Arnold
                                        Jennie G. Arnold