AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| LAURA AKER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-016-DRC |
| ABX AIR, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HARLAND CLARKE CORP.

Date:   02/08/2021

/s/ Stacy A. Cole
*Attorney's signature*

Stacy A. Cole (#0080075)
*Printed name and bar number*

GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY  41017

*Address*

scole@graydon.law
*E-mail address*

(513) 629-2838
*Telephone number*

(513) 333-4358
*FAX number*