**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

21 cv 16

BLUECROSS BLUESHEILD TENNESSEE
SERVE: ANNE HANCE
1 CAMERON HILL CIR
CHATTANOOGA, TN 37402-9815



9590 9402 4898 9032 8857 18

2. Article Number *(Transfer from service label)*

7014 0150 0001 6645 9199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  BCBST Internal Mail BCBST

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

LR 4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

USPS TRACKING #

9590 9402 4898 9032 8857 18

United States Postal Service

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

RECEIVED FEB - 8 2021

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States District Court
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Akrry ABX

45202&3976 C023

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOY...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

**Tracking Number:** 70140150000166459199

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

Feedback

## In-Transit

January 23, 2021
In Transit, Arriving Late

---

Text & Email Updates                                            ⌄

---

Tracking History                                                ⌄

---

Product Information                                             ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.