IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI) DIVISION

| | |
|---|---|
| **LAURA AKER, ET AL.,** | : CASE NO. 1:21-CV-00016 |
| Plaintiffs, | : JUDGE MATTHEW W. MCFARLAND |
| v. | : |
| **THE GOOD SAMARITAN HOSPITAL OF CINCINNATI, ET AL.,** | : <u>NOTICE OF APPEARANCE</u> |
| Defendants. | : |
| | : |

__X__ New Notice of Attorney's Appearance

_____ Change of Information

| | |
|---|---|
| Attorney Name: | **Michael P. Foley** |
| Business Address: | **Rendigs, Fry, Kiely & Dennis, LLP**<br>**600 Vine Street, Suite 2650**<br>**Cincinnati, Ohio 45202** |
| Supreme Court Registration Number: | **0061227** |
| Telephone Number: | **513-381-9200** |
| Facsimile Number: | **513-381-9206** |
| Party Represented: | **Defendant, The Good Samaritan Hospital** |
| Email: | mfoley@rendigs.com |
| Signature of Attorney: | _/s/ Michael P. Foley_ |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of February 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically through this Court's ECF filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                         */s/ Michael P. Foley*
                                         Michael P. Foley (0061227)
                                         Rendigs, Fry, Kiely & Dennis, LLP
                                         600 Vine Street, Suite 2650
                                         Cincinnati, Ohio 45202
                                         (513) 381-9309
                                         *Attorneys for Defendant, The Good Samaritan Hospital*