# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| **LAURA AKER,** *ET AL.* | : | Case No.: 1:21-cv-016-MWM |
| **Plaintiffs** | : | Judge Matthew W. McFarland |
| v. | : | |
| **ABX AIR, INC.,** *ET AL.* | : | **AGREED ORDER** |
| **Defendants** | : | |

Plaintiff Lonnie Wheeler (the "Plaintiff") and defendant Heartland Health & Wellness Fund ("Heartland"), by and through their respective counsel, hereby stipulate and agree that all claims of Plaintiff against Heartland asserted in this action be, and they are, dismissed with prejudice. All of Plaintiff's claims remain against all other defendants and are unaffected by this *Agreed Order*.

**IT IS SO ORDERED AND ADJUDGED:**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

_____
BY:   MATTHEW W. McFARLAND
         UNITED STATES DISTRICT JUDGE

HAVE SEEN AND AGREE:

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (#0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com
Counsel for Plaintiff Lonnie Wheeler

/s Jennie G. Arnold
Jennie G. Arnold (#0084697)
Ledbetter Parisi, LLC
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900
(937) 619-0999 (fax)
jarnold@fringebenefitlaw.com
Counsel for Defendant Heartland Health & Wellness Fund