# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **LAURA AKER, ET AL.** | ) | |
| | ) | **CASE NO.: 1:21-cv-016** |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ABX AIR INC., ET AL.** | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## NOTICE OF APPEARANCE OF DEFENDANT MASON CITY SCHOOL DISTRICT BOARD OF EDUCATION

Now comes Defendant Mason City School District Board of Education, hereby giving notice that it is represented by Jessica K. Philemond and Derek L. Towster of Scott Scriven LLP, 250 East Broad Street, Suite 900, Columbus, Ohio 43215. Please note that Attorney Philemond previously filed a Notice of Appearance in this matter for Defendant Mason City School District Board of Education on February 1, 2021. The purpose of this Notice of Appearance is to add Attorney Towster's appearance.

*/s/ Jessica K. Philemond*
Jessica K. Philemond (0076761)
SCOTT SCRIVEN LLP
250 E. Broad, Street, Suite 900
Columbus, Ohio 43215
(614) 222-8686; FAX (614) 222-8688
Email: jessica@scottscrivenlaw.com

*/s/ Derek L. Towster*
Derek L. Towster (0091315)
SCOTT SCRIVEN LLP
250 E. Broad, Street, Suite 900
Columbus, Ohio 43215
(614) 222-8686; FAX (614) 222-8688
Email: dtowster@scottscrivenlaw.com

*Attorneys for Defendant Mason City School District Board of Education*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Derek L. Towster*
                                        Derek L. Towster (0091315)