**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)**

| | | |
|---|---|---|
| **LAURA AKER, *ET AL.*** | : | Case No.: 1:21-cv-016-MWM |
| | : | |
| **Plaintiffs** | : | Judge Matthew W. McFarland |
| | : | |
| **v.** | : | |
| | : | |
| **ABX AIR, INC., *ET AL.*** | : | |
| | : | **AGREED ORDER** |
| **Defendants** | : | |

    Plaintiff Billie Moore (the "Plaintiff") and defendant Jeff Wyler Dealer Group, Inc. ("Wyler Group"), by and through their respective counsel, hereby stipulate and agree that all claims of the Plaintiff against Wyler Group asserted in this action be, and they are, dismissed with prejudice. All of Plaintiff's claims remain against all other defendants and are unaffected by this *Agreed Order*.

    **IT IS SO ORDERED AND ADJUDGED:**

                              **UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF OHIO**

                              _____
                              BY:   MATTHEW W. McFARLAND
                                        UNITED STATES DISTRICT JUDGE

HAVE SEEN AND AGREE:

| | |
|---|---|
| /s/ Robert A. Winter, Jr. | /s/ Michael J. Chapman (with permission) |
| Robert A. Winter, Jr. (#0038673) | Michael J. Chapman (#0076057) |
| P.O. Box 175883 | Rendigs Fry Kiely & Dennis LLP |
| Fort Mitchell, KY 41017-5883 | 600 Vine Street, Suite 2650 |
| (859) 250-3337 | Cincinnati, OH 45202 |
| robertawinterjr@gmail.com | (513) 381-9336 |
| Counsel for plaintiff Billie Moore | (513) 381-9206 (fax) |
| | mchapman@rendigs.com |
| | Counsel for defendant Jeff Wyler Dealer Group Inc. |