# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (at Cincinnati)

| | |
|---|---|
| **LAURA AKER, *ET AL.*** | Case No.: 1:21-cv-016-MWM |
| **Plaintiffs** | Judge Matthew W. McFarland |
| v. | |
| **ABX AIR, INC., *ET AL.*** | **AGREED ORDER** |
| **Defendants** | |

Plaintiff Sherri Puckett-Morrissette (the "Plaintiff") and defendant Linebarger Goggan Blair & Sampson, LLP (the "Defendant"), by and through their respective counsel, hereby stipulate and agree that all claims of the Plaintiff against the Defendant asserted in this action be, and they are, dismissed with prejudice. All of Plaintiff's claims remain against all other defendants and are unaffected by this *Agreed Order*.

**IT IS SO ORDERED AND ADJUDGED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

_____
BY:   MATTHEW W. McFARLAND
        UNITED STATES DISTRICT JUDGE

HAVE SEEN AND AGREE:

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (#0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com
Counsel for plaintiff Sherri-Puckett
Morrissette

/s/ Megan E. Mersch (with permission)
Megan E. Mersch  (#0095428)
Rendigs, Fry, Kiely & Dennis LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202
(513) 381-9215
(513) 381-9206 (fax)
MMersch@Rendigs.com
Counsel for defendant Linebarger Goggan Blair & Sampson, LLP

2470287