IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| LAURA AKER, *ET AL.* | : | Case No.: 1:21-cv-016-MWM |
| Plaintiffs | : | Judge Matthew W. McFarland |
| v. | : | |
| ABX AIR, INC., *ET AL.* | : | **AGREED ORDER** |
| Defendants | : | |

Plaintiff Cheri Potts, Executor of the Estate of Jeff Potts (the "Plaintiff") and defendant The Good Samaritan Hospital of Cincinnati, Ohio ("Good Samaritan Hospital"), by and through their respective counsel, hereby stipulate and agree that the claims of the Plaintiff actually asserted in this action against Good Samaritan Hospital be, and they are, dismissed with prejudice. All of Plaintiff's claims remain against all other defendants and are unaffected by this *Agreed Order*.

**IT IS SO ORDERED AND ADJUDGED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

_____
BY:   MATTHEW W. McFARLAND
         UNITED STATES DISTRICT JUDGE

HAVE SEEN AND AGREE:

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (#0038673)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com
Counsel for plaintiff Cheri Potts,
Executor of the Estate of Jeff Potts

/s/ Michael P. Foley (with permission)
Michael P. Foley (#0061227)
Rendigs Fry Kiely & Dennis LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202
(513) 381-9309
(513) 381-9206 (fax)
mfoley@rendigs.com
Counsel for defendant The Good Samaritan
Hospital of Cincinnati, Ohio