UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Laura Aker, et al.,**

    Plaintiffs,

  v.                                 Case Number: 1:21-cv-016
                                        Judge Matthew W. McFarland

**ABX Air, Inc., et al.,**

    Defendants.

### CERTIFICATE OF MAILING BY CLERK

    The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the Complaint and Alias Summons to the Defendant**.**  The requested service was sent by certified mail on April 27, 2021.  A copy of the certified mail receipt is attached.

BY: s/ K. Heuer
       Deputy Clerk