**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (AT CINCINNATI)**

| | | |
|---|---|---|
| **LAURA AKER, *ET AL.*** | : | **Case No. 1:21-CV-00016-MWM** |
| | : | |
| **Plaintiffs** | : | **Judge Matthew W. McFarland** |
| | : | |
| **v.** | : | |
| | : | **<u>ORDER</u>** |
| **ABX AIR, INC., *ET AL.*** | : | |
| | : | |
| **Defendants** | : | |

This matter is before the Court on Plaintiffs' Supplemental Status Report (Doc. 129), in which Plaintiffs represent they have settled or resolved their respective claims against Defendants Armor Group, Inc., Citi Bank, Definity Health United Health, Empire Healthchoice Assurance, Ohio Public Employees Retirement System, Sara Lee Co., and YRC Worldwide, Inc., and that these Defendants should be dismissed from this action with prejudice. Accordingly,

**IT IS ORDERED AND ADJUDGED** that Defendants Armor Group, Inc., Citi Bank, Definity Health United Health, Empire Healthchoice Assurance, Ohio Public Employees Retirement System, Sara Lee Co., and YRC Worldwide, Inc. be, and are hereby, **DISMISSED WITH PREJUDICE** from this action.

This 6th day of August 2021.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

BY: MATTHEW W. McFARLAND