IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LAURA AKER, *ET AL.* | : | Case No. 1:21-cv-00016-JPH |
| | : | |
| **Plaintiffs** | : | Judge Jeffrey P. Hopkins |
| | : | |
| v. | : | MOTION TO DISMISS WITHOUT PREJUDICE AND REPORT ON SERVICE |
| | : | |
| ABX AIR, INC., *ET AL.* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

Plaintiffs move pursuant to FRCP 41 to dismiss all claims without prejudice. In addition, Plaintiffs can report that all Defendants have been served or otherwise resolved.

Plaintiffs filed this action relating to subrogation/medical lien issues in the Federal and State "Duranni litigation." Plaintiffs have resolved these issues.

The only reason Plaintiffs seek dismissal without prejudice is in case any issue arises in future settlements or judgments relating to a subrogated medical insurer who was not party to this litigation. Plaintiffs have active claims related to Medical Protective.

        Respectfully Submitted,

        \s\Alan J. Statman
        Alan J. Statman  (#0012045)
        Statman Harris, LLC
        The Executive Building
        Suite 315
        35 E. Seventh Street
        Cincinnati, OH 45202
        ajstatman@statmanharris.com
        513-328.2666 (direct)
        Facsimile: (513) 621-4896

## **CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on February 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                ***/s/ Alan J. Statman***
                Alan J. Statman